# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| David Darwin Dorsey,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Unknown Director of ADOC, et al.,<br><br>　　　　Defendants. | No. CV-22-01817-PHX-ROS<br><br>**ORDER** |

On December 16, 2024, Magistrate Judge Eileen S. Willett filed a Report and Recommendation ("R&R") recommending that (1) Plaintiff's Motion for Extension of Time to Serve be denied and (2) this action be dismissed without prejudice due to Plaintiff's failure to timely serve the single defendant, Defendant Gordon. (Doc. 42). Instead of filing an objection to the R&R, Plaintiff filed a Notice stating, "[t]he Legal Library has nothing pertaining to this information[.]" (Doc. 43).

Plaintiff has failed to show good cause for the defective service after numerous extensions. Plaintiff states that he "believe[s] it is the Court's [responsibility] to serve Defendant Gordon, who is no longer with Arizona Department of Corrections Rehabilitation and Reentry." (Doc. 41). It is not the Court's responsibility to assist Plaintiff in obtaining Defendant Gordon's address. *See Bias v. Moynihan*, 508 F.3d 1212, 1219 (9th Cir. 2007). And Plaintiff has given no indication that Defendant Gordon may be served if the Court extended the service deadline. Thus, the R&R will be adopted in full.

/ / /

Accordingly,

**IT IS ORDERED** the R&R (Doc. 42) is **ADOPTED IN FULL**. Plaintiff's Motion for Extension of Time to Serve (Doc. 41) is **DENIED**.

**IT IS FURTHER ORDERED** this action is **DISMISSED WITHOUT PREJUDICE** for failure to timely serve Defendant Gordon.

**IT IS FURTHER ORDERED** the Clerk of Court shall enter judgment in favor of Defendants and close this case.

Dated this 23rd day of January, 2025.

Honorable Roslyn O. Silver
Senior United States District Judge